May 14, 2004

Mr. Robert M. Roach Jr.
Cook & Roach, L.L.P.
1004 West Avenue
Austin, TX 78701
Mr. John L. Hagan
Jones Day
717 Texas Avenue, Suite 3300
Houston, TX 77002-2900

RE: Case Number: 01-0301
 Court of Appeals Number: 14-99-00688-CV
 Trial Court Number: 95-042745

Style: COASTAL TRANSPORT COMPANY, INC.
 v.
 CROWN CENTRAL PETROLEUM CORP.

Dear Counsel:

 Today, the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk

|cc:|Mr. Charles |
| |Bacarisse |
| |Mr. Ed Wells |